**In re the Interest of J.P.R., JR., A Juvenile.**

**No. WD 38804.**

Missouri Court of Appeals, Western District.

Aug. 11, 1987.

Carl E. Schaeperkoetter, Columbia, for appellant.

Marjorie Bedrick Tarkow, Columbia, for respondent.

Before GAITAN, P.J., and SHANGLER and MANFORD, JJ.

## ORDER

PER CURIAM.

Appeal from juvenile court termination of parental rights.

Judgment affirmed. Rule 84.16(b).